**FILED**

JUN 0 5 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT STAFFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:25-cv-00921-JDK-JDL |
| TRANS UNION, LLC, and EQUIFAX | § | |
| INFORMATION SERVICES LLC, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule CV-5(a) of the Eastern District of Texas and the inherent authority of this Court, Plaintiff Robert Stafford respectfully moves for leave to file his Omnibus Motion to Compel Discovery, to Deem Requests for Admission Admitted, for a Protective Order, and for Mandatory Civil Sanctions, along with its supporting exhibits, under seal.

In support of this Motion, Plaintiff shows the Court that the substantive motion and accompanying exhibits contain direct quotations, explicit text, and structural terms derived from ongoing, confidential settlement communications protected under Federal Rule of Evidence 408. Furthermore, the exhibits include highly sensitive, proprietary database conversion records, corporate data schemas, and internal consumer file disclosures belonging to Defendant TransUnion LLC, which are subject to protective confidentiality metrics in this action.

Public disclosure of these materials would compromise the privacy of the parties, interfere with active negotiation boundaries, and violate standard confidentiality parameters. Because the underlying motion cannot be adequately evaluated by the Court without reviewing these

1

sensitive records, filing under seal is the only mechanism available to protect the integrity of the record. Plaintiff has provided an unredacted copy of all sealed materials to opposing counsel concurrently with this submission.

WHEREFORE, Plaintiff respectfully requests that this Motion be granted and that the Clerk be directed to file Plaintiff's Omnibus Motion and accompanying exhibits under seal.

Dated: June 4, 2026

Respectfully submitted,

**Robert Stafford,**

**Plaintiff Pro Se**