## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **ROBERT STAFFORD,** | § | |
| | § | |
| | § | **CIVIL ACTION NO.  4:25-CV-00921-JDK** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the court is Defendant TransUnion's emergency motion to stay discovery pending resolution of its motion to enforce the parties' settlement agreement. (Doc. No. 54.) Plaintiff has filed a response in opposition. (Doc. No. 55.) Having reviewed the filings, the court finds that the requested relief is not of the nature that requires emergency relief from the court. Accordingly, the emergency motion (Doc. No. 54) is **DENIED**. However, the court finds it appropriate to conduct a status conference to discuss the current posture of this case. The court therefore sets a status conference in this matter for **June 17, 2026 at 11:00 A.M.** before the Honorable John D. Love. The status conference  will be held by video, which the parties may access at the following link:

https://www.zoomgov.com/j/1608601644?pwd=bmQ5cmsxMmZNanlsUnNqbTY2a1ovQT09

**So ORDERED and SIGNED this 15th day of June, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1