**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ROBERT STAFFORD, | § § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 4:25-cv-00921-JDK-JDL |
| TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC, | § § § | |
| Defendants. | § § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Liliana V. Sánchez of Seyfarth Shaw LLP, hereby appears in the above-captioned case on behalf of Equifax Information Services LLC and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon her.

DATED:  June 17, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  _/s/ Liliana V. Sánchez_
Liliana V. Sánchez, Bar No. 24104362
lvsanchez@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas  75201
Telephone:  (469) 608-6758

*Counsel for Defendant
Equifax Information Services LLC*

326636611v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_/s/ Liliana V. Sánchez_
Liliana V. Sánchez
*Counsel for Defendant*
*Equifax Information Services LLC*

326636611v.1