# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **ROBERT STAFFORD,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.   4:25-CV-00921-JDK** |
| | § | |
| | § | **STATUS CONFERENCE** |
| **TRANS UNION, LLC, AND EQUIFAX** | § | |
| **INFORMATION SERVICES, LLC,** | § | |

**DATE: 6/17/2026**

**JUDGE: JOHN D. LOVE**                    **REPORTER:** Digital Recording

**LAW CLERK: Jenna Gillingham**          **COURTROOM DEPUTY: Kristal Voth**

| PLAINTIFF PRO SE | ATTORNEY FOR DEFENDANT |
|---|---|
| Robert Stafford | P. Myers, L. Sanchez, N. Aminyar |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**  11:09                    **ADJOURN:**  11:20

| TIME: | MINUTES: |
|---|---|
| 11:09 | Case called.   The parties announce themselves and that they are ready to proceed. |
| 11:10 | Judge begins with the reason for calling this status conference. |
| 11:10 | Judge has comments on the case. |
| 11:12 | Judge stays the case between plaintiff and Trans Union for 2 weeks and deny without prejudice the pending motions on the docket at this point. |
| 11:12 | Plaintiff clarifies re response and responds. |
| 11:13 | Defense counsel for Trans Union replies and asks about sealed documents. |
| 11:13 | Judge addresses the sealing. |
| 11:14 | Judge continues on the settlement and gives a deadline to file a notice of reaching an agreement and dismissal documents. |
| 11:17 | Judge will deny the pending motions without prejudice and give a 2 week deadline for filing a notice re status of settlement. |

| TIME: | MINUTES: |
|---|---|
| 11:18 | Judge asks if counsel for Equifax has anything to address. |
| 11:19 | Counsel for Equifax responds. |
| 11:19 | Mr. Stafford replies. |
| 11:20 | Judge directs Mr. Stafford to send or re-send any settlement offer to Equifax. |
| 11:20 | Judge asks if there is anything further and there is not. Court is adjourned. |
|  |  |
|  |  |
|  |  |
|  |  |