## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **ROBERT STAFFORD,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO.  4:25-CV-00921-JDK** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **TRANS UNION, LLC,    EQUIFAX INFORMATION SERVICES, LLC,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On June 17, 2026, the court held a hearing in this matter regarding Plaintiff Robert Stafford's and Defendant Trans Union, LLC's settlement in principle in this matter. As directed from the bench, all deadlines between Mr. Stafford and Trans Union in this matter are **STAYED** for a period of two weeks through **July 1, 2026**. By July 1, 2026, the parties shall submit to the court a joint motion or stipulation of dismissal as to Defendant Trans Union or a notice indicating what issues remain regarding the settlement agreement. If the parties do not reach agreement, the notice shall clearly outline each side's position on the remaining disputes along with a current draft of the settlement agreement.

Given this ruling, the parties' motions (Doc. Nos. 49, 50, 53) are **DENIED** without prejudice. The motion for leave to file under seal (Doc. No. 51) is **GRANTED.**

**So ORDERED and SIGNED this 17th day of June, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE