**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ROBERT STAFFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-00921-JDK-JDL |
| | § | |
| TRANS UNION, LLC, and EQUIFAX | § | |
| INFORMATION SERVICES LLC, | § | |
| | § | |
| Defendants. | § | |

**JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE JOHN D. LOVE:

The parties respectfully notify the Court that Plaintiff Robert Stafford and Defendant Trans Union LLC have settled all claims between them in this matter.  Each party will bear its own attorneys' fees and court costs.  Trans Union and Plaintiff Robert Stafford will present dismissal documents to the court within 45 days. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted,


*/s/ Robert Stafford (w/permission)*
Robert Stafford
***Pro se Plaintiff***

*/s/ Paul L. Myers*_____
Paul L. Myers
Texas Bar No. 14765100
pmyers@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
Tennyson Parkway, Suite 440
Plano, Texas 75024
(214) 560-5452
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

1

10168231.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Jennifer R. Brooks
jrbrooks@seyfarth.com
Seyfarth Shaw LLP
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
(469) 608-6730
***Counsel for Equifax***
***Information Services, LLC***


I further certify that on the 30th day of June 2026, a true and correct copy of the above and foregoing document has been sent by Unites States First Class Mail and Electronic Mail to the following party:

Robert Stafford
Robert@aceharvest.org
6613 Rutherford Rd.
Plano, TX 75023
(214) 499-0279
***Pro Se Plaintiff***


*/s/ Paul L. Myers*
**PAUL L. MYERS**

2

10168231.1